IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CRISTINA D. JOHNSON, *Plaintiff,* <br> v. <br> CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, *Defendant.* | CIVIL ACTION NO. 6:14-cv-00023 <br><br> **O R D E R** <br><br> NORMAN K. MOON <br> UNITED STATES DISTRICT JUDGE |

I referred this case to United States Magistrate Judge Robert S. Ballou for proposed findings of fact and a recommended disposition. Upon consideration of the parties' cross motions for summary judgment, Judge Ballou filed a Report and Recommendation ("Report") that the case be remanded to the Commissioner. After a review of the entire record in this case, and no objection having been filed to the Report's recommended disposition within fourteen days of its service upon the parties, I hereby **ADOPT** the Report (docket no. 22) in its entirety. Accordingly, the Commissioner's motion for summary judgment (docket no. 16) is **DENIED**; Plaintiff's motion for summary judgment (docket no. 14) is **GRANTED**, **in part**; and this matter is **REVERSED and REMANDED** to the Commissioner, pursuant to 42 U.S.C. § 405(g), with instructions as stated in the Report. Any other pending motions are **DENIED as MOOT**, and this action is **DISMISSED** from the court's active docket.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record and to Judge Ballou.

It is so **ORDERED**.

**ENTERED** this  10th  day of September, 2015.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE